# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ALEXANDER C. HUNT,

    Plaintiff,

v.                                                                                     Case No. 21-CV-897

LYLA HANSEN *et al.*,

    Defendants.

## ORDER

On December 21, 2021, the defendants filed a motion for partial summary judgment on the grounds that *pro se* plaintiff Alexander C. Hunt failed to exhaust his administrative remedies prior to filing this lawsuit. (ECF No. 20.) On December 22, 2021, the court issued a notice and order informing Hunt he had until January 20, 2022, to file a response to the motion or request additional time. (ECF No. 21.) Hunt filed a motion to appoint counsel on December 30, 2021. (ECF No. 22.) In its order denying Hunt's motion to appoint counsel, the court extended the time for Hunt to respond to the defendants' motion for partial summary judgment on exhaustion grounds. (ECF No. 23.) The deadline was extended to February 10, 2022. (*Id.*)

The February 10, 2022, deadline has passed, and Hunt still has not filed a response. As such, the court will construe the motion as unopposed. The court has

reviewed the defendants' motion, brief in support, and the undisputed facts, *see* Fed. R. Civ. P. 56(e)(2), and concludes that the defendants are entitled to partial summary judgment on exhaustion grounds.

Accordingly, the defendants' motion is granted. The deliberate indifference claim against Jonathan Drover is dismissed, and because there are no other claims against Drover, Drover is also dismissed. The claims against Lyla Hansen and Dr. Kira Labby remain, and the court will issue an amended scheduling order at a later date.

**IT IS THEREFORE ORDERED** that the defendants' motion for partial summary judgment on exhaustion grounds (ECF No. 20) is **GRANTED**.

**IT IS FURTHER ORDERED** that the deliberate indifference claim against Jonathan Drover is **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that Jonathan Drover is **DISMISSED** from the case.

Dated at Milwaukee, Wisconsin this 22nd day of February, 2022.

BY THE COURT:

NANCY JOSEPH
United States Magistrate Judge